# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| EDWARD SHAMOON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS COMPANY, MARY T. BARRA, and PAUL A. JACOBSON, <br><br> Defendants. | No. 4:23-cv-13132-SDK-EAS <br><br> District Judge Shalina D. Kumar <br><br> Magistrate Judge Elizabeth A. Stafford |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS COMPANY, MARY T. BARRA, and PAUL A. JACOBSON, <br><br> Defendants. | No. 2:24-cv-10182-LVP-CI <br><br> District Judge Linda V. Parker <br><br> Magistrate Judge Curtis Ivy, Jr |

## INDEX OF EXHIBITS

EXHIBIT A:      Signed Certification of City of Hollywood Police Officers' Retirement System ("Hollywood Police") pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:      Loss analysis for Hollywood Police;

EXHIBIT C:      Notice of pendency of *Shamoon v. General Motors Company*, No. 23-cv-13132 (E.D. Mich.);

EXHIBIT D:      Notice of pendency of *City of Hollywood Police Officers' Retirement System v. General Motors Company*, No. 24-cv-10182 (E.D. Mich.);

EXHIBIT E:      Firm Resume of Labaton Keller Sucharow LLP.