# Exhibit A

**CERTIFICATION**

I, David Strauss, as Chairman of City of Hollywood Police Officers' Retirement System ("Hollywood Police"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Hollywood Police. I have reviewed a complaint prepared against General Motors Company ("GM") alleging violations of the federal securities laws and authorize the filing of this pleading;

2.      Hollywood Police did not purchase securities of GM at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Hollywood Police is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Hollywood Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Hollywood Police's transactions in GM securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Hollywood Police sought to serve or currently serves as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*,
No. 0:21-cv-62380 (S.D. Fla.)
*Jastram v. NextEra Energy, Inc.*, No. 9:23-cv-80833 (S.D. Fla.)
*Pembroke Pines Firefighters & Police Officers Pension Fund v. Adobe, Inc.,*
No. 1:23-cv-09260 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, Hollywood Police will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 24th day of January, 2024.

_David Strauss_
Chairman
Hollywood Police Officers' Retirement System

## EXHIBIT A

## TRANSACTIONS IN GENERAL MOTORS COMPANY

| Transaction Type | Trade Date | Shares | Share Price | Cost / Proceeds |
|---|---|---|---|---|
| Purchases | 4/6/2021 | 2,028.00 | $61.3194 | ($124,355.74) |
| Purchases | 4/6/2021 | 1,634.00 | $62.5164 | ($102,151.80) |
| Purchases | 4/7/2021 | 1,753.00 | $61.1539 | ($107,202.79) |
| Purchases | 4/9/2021 | 1,925.00 | $59.8423 | ($115,196.43) |
| Purchases | 4/20/2021 | 1,637.00 | $55.4503 | ($90,772.14) |
| Purchases | 5/26/2021 | 173.00 | $58.0650 | ($10,045.25) |
| Purchases | 5/26/2021 | 3,985.00 | $57.7628 | ($230,184.76) |
| Purchases | 5/26/2021 | 3,343.00 | $57.8008 | ($193,228.07) |
| Purchases | 5/26/2021 | 495.00 | $57.6450 | ($28,534.28) |
| Purchases | 8/23/2021 | 2,617.00 | $47.8256 | ($125,159.60) |
| Purchases | 8/23/2021 | 261.00 | $48.0250 | ($12,534.53) |
| Purchases | 8/23/2021 | 652.00 | $47.5450 | ($30,999.34) |
| Purchases | 8/26/2021 | 1,885.00 | $48.6563 | ($91,717.13) |
| Purchases | 8/26/2021 | 257.00 | $48.6650 | ($12,506.91) |
| Purchases | 8/26/2021 | 257.00 | $48.9500 | ($12,580.15) |
| Purchases | 9/2/2021 | 2,110.00 | $49.2580 | ($103,934.38) |
| Purchases | 9/2/2021 | 3,189.00 | $49.1650 | ($156,787.19) |
| Purchases | 9/2/2021 | 652.00 | $49.0456 | ($31,977.73) |
| Purchases | 9/24/2021 | 11,866.00 | $52.3185 | ($620,811.32) |
| Purchases | 9/27/2021 | 264.00 | $52.8750 | ($13,959.00) |
| Purchases | 9/27/2021 | 1,824.00 | $52.8884 | ($96,468.44) |
| Purchases | 1/24/2022 | 1,749.00 | $50.7473 | ($88,757.03) |
| Sales | 2/22/2022 | (15,486) | $46.5608 | $721,040.55 |
| Purchases | 4/13/2022 | 3,088.00 | $40.1618 | ($124,019.64) |
| Sales | 8/11/2022 | (2,059) | $38.3673 | $78,998.27 |
| Sales | 8/18/2022 | (1,808) | $38.3558 | $69,347.29 |
| Sales | 10/6/2022 | (929) | $34.7654 | $32,297.06 |
| Sales | 10/6/2022 | (127) | $34.6178 | $4,396.46 |
| Sales | 10/28/2022 | (1,561) | $38.3666 | $59,890.26 |
| Sales | 10/28/2022 | (1,561) | $38.4285 | $59,986.89 |
| Sales | 10/28/2022 | (1,267) | $38.4402 | $48,703.73 |
| Purchases | 1/12/2023 | 1,936.00 | $38.0770 | ($73,717.07) |
| Purchases | 1/13/2023 | 598.00 | $36.1711 | ($21,630.32) |
| Purchases | 1/13/2023 | 618.00 | $36.0615 | ($22,286.01) |
| Purchases | 2/1/2023 | 2,201.00 | $39.4895 | ($86,916.39) |
| Sales | 4/25/2023 | (416) | $33.4691 | $13,923.15 |
| Sales | 4/25/2023 | (2,021) | $33.4640 | $67,630.74 |
| Sales | 4/26/2023 | (216) | $32.6226 | $7,046.48 |

| Transaction Type | Trade Date | Shares | Share Price | Cost / Proceeds |
|---|---|---|---|---|
| Sales | 4/26/2023 | (337) | $32.9572 | $11,106.58 |
| Sales | 4/27/2023 | (276) | $32.2512 | $8,901.33 |
| Purchases | 8/3/2023 | 210.00 | $37.0650 | ($7,783.65) |
| Purchases | 10/5/2023 | 198.00 | $30.6557 | ($6,069.83) |