**Exhibit B**

**LOSS ANALYSIS**
**Class Period:  02/10/21 - 10/26/23**

**General Motors Company**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| GM | 37045V100 | US37045V1008 | B665KZ5 | $32.3968 |

**City of Hollywood Police Officers' Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 2/10/2021 | 0 | | |
| Purchases | 4/6/2021 | 2,028 | $61.32 | ($124,355.74) |
| Purchases | 4/6/2021 | 1,634 | $62.52 | ($102,151.80) |
| Purchases | 4/7/2021 | 1,753 | $61.15 | ($107,202.79) |
| Purchases | 4/9/2021 | 1,925 | $59.84 | ($115,196.43) |
| Purchases | 4/20/2021 | 1,637 | $55.45 | ($90,772.14) |
| Purchases | 5/26/2021 | 173 | $58.07 | ($10,045.25) |
| Purchases | 5/26/2021 | 3,985 | $57.76 | ($230,184.76) |
| Purchases | 5/26/2021 | 3,343 | $57.80 | ($193,228.07) |
| Purchases | 5/26/2021 | 495 | $57.65 | ($28,534.28) |
| Purchases | 8/23/2021 | 2,617 | $47.83 | ($125,159.60) |
| Purchases | 8/23/2021 | 261 | $48.03 | ($12,534.53) |
| Purchases | 8/23/2021 | 652 | $47.55 | ($30,999.34) |
| Purchases | 8/26/2021 | 1,885 | $48.66 | ($91,717.13) |
| Purchases | 8/26/2021 | 257 | $48.67 | ($12,506.91) |
| Purchases | 8/26/2021 | 257 | $48.95 | ($12,580.15) |
| Purchases | 9/2/2021 | 2,110 | $49.26 | ($103,934.38) |
| Purchases | 9/2/2021 | 3,189 | $49.17 | ($156,787.19) |
| Purchases | 9/2/2021 | 652 | $49.05 | ($31,977.73) |
| Purchases | 9/24/2021 | 11,866 | $52.32 | ($620,811.32) |
| Purchases | 9/27/2021 | 264 | $52.88 | ($13,959.00) |
| Purchases | 9/27/2021 | 1,824 | $52.89 | ($96,468.44) |
| Purchases | 1/24/2022 | 1,749 | $50.75 | ($88,757.03) |
| Sales | 2/22/2022 | (15,486) | $46.56 | $721,040.55 |
| Purchases | 4/13/2022 | 3,088 | $40.16 | ($124,019.64) |
| Sales | 8/11/2022 | (2,059) | $38.37 | $78,998.27 |
| Sales | 8/18/2022 | (1,808) | $38.36 | $69,347.29 |
| Sales | 10/6/2022 | (929) | $34.77 | $32,297.06 |
| Sales | 10/6/2022 | (127) | $34.62 | $4,396.46 |
| Sales | 10/28/2022 | (1,561) | $38.37 | $59,890.26 |
| Sales | 10/28/2022 | (1,561) | $38.43 | $59,986.89 |
| Sales | 10/28/2022 | (1,267) | $38.44 | $48,703.73 |
| Purchases | 1/12/2023 | 1,936 | $38.08 | ($73,717.07) |
| Purchases | 1/13/2023 | 598 | $36.17 | ($21,630.32) |
| Purchases | 1/13/2023 | 618 | $36.06 | ($22,286.01) |
| Purchases | 2/1/2023 | 2,201 | $39.49 | ($86,916.39) |
| Sales | 4/25/2023 | (416) | $33.47 | $13,923.15 |
| Sales | 4/25/2023 | (2,021) | $33.46 | $67,630.74 |

**LOSS ANALYSIS**
**Class Period:  02/10/21 - 10/26/23**

**General Motors Company**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| GM | 37045V100 | US37045V1008 | B665KZ5 | $32.3968 |

**City of Hollywood Police Officers' Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sales | 4/26/2023 | (216) | $32.62 | $7,046.48 |
| Sales | 4/26/2023 | (337) | $32.96 | $11,106.58 |
| Sales | 4/27/2023 | (276) | $32.25 | $8,901.33 |
| Purchases | 8/3/2023 | 210 | $37.07 | ($7,783.65) |
| Purchases | 10/5/2023 | 198 | $30.66 | ($6,069.83) |
| Closing Balance | 10/26/2023 | 25,341 | | |
| | | | | |
| *Class Period purchases:* | | **53,405** | | **($2,742,286.88)** |
| | | | | |
| *Class Period sales that match to Class Period purchases:* | | **-28,064** | | **$1,183,268.79** |
| | | | | |
| | Shares Held: | 25,341 | $32.3968 | $820,967.31 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($738,050.78)** |
| **Total Shares Bought:** | 53,405 |
| **Total Net Shares:** | 25,341 |
| **Total Net Expenditures:** | ($1,559,018.09) |

[1] *Value of shares held is the mean trading price from 10/27/23 - 01/24/24*