**Exhibit D**





# Labaton Keller Sucharow LLP Announces Expanded Securities Class Action Lawsuit Filed Against General Motors Company and Certain Executives

January 24, 2024 01:10 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") announces that, on January 24, 2024, it filed a securities class action lawsuit (the "Complaint") on behalf of its client City of Hollywood Police Officers' Retirement System ("Hollywood Police") against General Motors Company ("GM" or the "Company") (NYSE: GM) and certain GM officers (collectively, "Defendants"). The action, which is captioned *City of Hollywood Police Officers' Retirement System v. General Motors Company*, No. 4:24-cv-10182-LVP-CI (E.D. Mich. Jan. 24, 2024), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons or entities who purchased or otherwise acquired GM securities between February 10, 2021 and October 26, 2023, inclusive (the "Class Period").

The Complaint expands upon the related action against GM captioned *Shamoon v. General Motors Company*, No. 23-cv-13132 (E.D. Mich. Dec. 8, 2023) (the "First Complaint") by extending the initial class period of February 2, 2022 to October 26, 2023 in the First Complaint to an expanded Class Period of February 10, 2021 to October 26, 2023 in the newly filed Complaint.

Pursuant to the notice published on December 8, 2023, in connection with the filing of the First Complaint, as required by the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff in these related securities actions pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **February 6, 2024**.

GM is a multinational automotive manufacturing company headquartered in Detroit, Michigan. GM designs, builds, and sells trucks, crossovers, cars, and automobile parts worldwide. The Company is most known for its four automobile brands, Chevrolet, GMC, Cadillac, and Buick. Since 2016, GM has been developing technologies to power self-driving automobiles. By December 2020, GM began testing its self-driving technologies on public roads.

GM's products have been the subject of multiple recalls because of defective airbag components in the Company's vehicles since at least as early as November 2020, exposing the Company to various lawsuits. Despite these issues, GM has consistently downplayed safety concerns related to its vehicles' airbags and the need to record additional warranty accruals for related product recalls. At the same time, the Company touted its efforts to identify and address perceived defects with its vehicles' airbag inflators.

The Complaint alleges that Defendants misled investors by: (1) downplaying safety concerns with the airbags in GM vehicles; (2) failing to disclose the need to record additional warranty accruals for recalls related to the defective airbags; (3) overstating the extent and efficacy of its efforts to analyze defects in its vehicles' airbag inflators; (4) concealing serious

safety and consumer protection issues raised by GM's autonomous vehicle technology from regulators and investors; (5) overstating the prospect for widespread regulatory approval and adoption of GM's autonomous vehicles; and (6) withholding from investors the true scope of the increased risk of regulatory scrutiny and enforcement action, significant legal liabilities, product recalls, and reputational harm.

The truth emerged through a series of disclosures in October 2023. *First*, on October 2, 2023, news outlets reported that a pedestrian in San Francisco had suffered major injuries after she was run over by and pinned beneath a driverless GM car. *Second*, on October 5, 2023, news outlets reported that at least 20 million of GM's vehicles were built with the defective airbag inflators. On this news, GM's stock price fell $0.73 per share, or 2.35%, to close at $30.31 per share on October 5, 2023. *Third*, on October 24, 2023, regulators suspended GM's driverless testing permits, citing "an unreasonable risk to public safety." On this news, GM's stock price fell $0.66 per share, or 2.26%, to close at $28.56 per share on October 24, 2023. *Finally*, on October 26, 2023, federal officials said they were investigating five additional reports of GM self-driving cars engaging in inappropriately hard braking that resulted in collisions and GM suspended all of its autonomous vehicle operations nationwide. On this news, GM's stock price fell $1.33 per share, or 4.66%, to close at $27.22 per share on October 27, 2023.

If you purchased or acquired GM securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **February 6, 2024**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Francis P. McConville, Esq. of Labaton Keller Sucharow, at (212) 907-0650, or via email at fmcconville@labaton.com. You can view a copy of the Complaint online here.

Plaintiff City of Hollywood Police Officers' Retirement System is represented by Labaton Keller Sucharow, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $3.5 trillion. Labaton Keller Sucharow's litigation reputation is built on its half-century of securities litigation experience, more than seventy full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton Keller Sucharow has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, NY, Wilmington, DE, and Washington, D.C. More information about Labaton Keller Sucharow is available at www.labaton.com.

# Contacts
Francis P. McConville, Esq.

Labaton Keller Sucharow

(212) 907-0650

fmcconville@labaton.com