# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| EDWARD SHAMOON, Individually and on Behalf of All Others Similarly Situated, <br><br>           Plaintiff, <br><br>     v. <br><br> GENERAL MOTORS COMPANY, MARY T. BARRA, and PAUL A. JACOBSON, <br><br>           Defendants. | Civ. No.: 4:23-cv-13132-SDK-EAS <br><br> District Judge Shalina D. Kumar <br><br> Magistrate Judge Elizabeth A. Stafford <br><br> Class Action <br><br> **INDEX OF EXHIBITS** |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br>           Plaintiff, <br><br>     v. <br><br> GENERAL MOTORS COMPANY, MARY T. BARRA, and PAUL A. JACOBSON, <br><br>           Defendants. | Civ. No.: 2:24-cv-10182-LVP-CI <br><br> District Judge Linda V. Parker <br><br> Magistrate Judge Curtis Ivy, Jr. <br><br> Class Action |

| **EXHIBITS** | **DESCRIPTION** |
|---|---|
| A | Chart setting forth Edward Shamoon's financial interest in this litigation; |
| B | Press release published via *AccessWire* on December 8, 2023, announcing the pendency of the first-filed of the above-captioned related actions; |
| C | Shareholder Certification executed by Edward Shamoon; |
| D | Declaration executed by Edward Shamoon; and |
| E | Firm resume of Pomerantz LLP. |

1