# EXHIBIT A

**General Motors Company (GM)**
**Class Period: February 10, 2021 and October 26, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

90-Days*
Mean Price
$32.3968

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Edward Shamoon | Common Stock | | 1,400 | | ($64,650) | | (900) | | $35,260 | 500 | $16,198 | ($13,191) |
| Edward Shamoon | Options | | 22 | | ($29) | | (22) | | $2,055 | 0 | $0 | $2,026 |
| **Edward Shamoon** | **Common Stock & Options** | | | | **($64,679)** | | | | **$37,315** | | **$16,198** | **($11,166)** |
| | | | | | | | | | | | | |
| Calculation Detail | | | | | | | | | | | | |
| Edward Shamoon | Common Stock | 5/21/2021 | 500 | $57.5000 | ($28,750) | 10/28/2022 | (700) | $38.5000 | $26,950 | | | |
| Edward Shamoon | Common Stock | 5/20/2022 | 200 | $40.0000 | ($8,000) | 2/2/2023 | (200) | $41.5505 | $8,310 | | | |
| Edward Shamoon | Common Stock | 12/16/2022 | 200 | $37.0000 | ($7,400) | | | | | | | |
| Edward Shamoon | Common Stock | 3/16/2023 | 500 | $41.0000 | ($20,500) | | | | | | | |
| **Edward Shamoon** | **Common Stock** | | **1,400** | | **($64,650)** | | **(900)** | | **$35,260** | **500** | **$16,198** | **($13,191)** |
| | | | | | | | | | | | | |
| **Edward Shamoon** | **C 20211217 70** | **12/17/2021** | **5** | **expired** | | **11/22/2021** | **(5)** | **$1.0084** | **$504** | **0** | **$0** | **$504** |
| **Edward Shamoon** | **P 20220520 40** | **5/20/2022** | **2** | **assigned** | | **4/21/2022** | **(2)** | **$1.8000** | **$360** | **0** | **$0** | **$360** |
| **Edward Shamoon** | **C 20221028 38.5** | **10/28/2022** | **7** | **assigned** | | **10/25/2022** | **(7)** | **$0.2600** | **$182** | **0** | **$0** | **$182** |
| **Edward Shamoon** | **P 20221118 37.5** | **11/10/2022** | **1** | **$0.2916** | **($29)** | **11/2/2022** | **(1)** | **$0.9483** | **$95** | **0** | **$0** | **$66** |
| **Edward Shamoon** | **P 20230317 41** | **3/16/2023** | **5** | **assigned** | | **2/21/2023** | **(5)** | **$1.3000** | **$650** | **0** | **$0** | **$650** |
| | | | | | | | | | | | | |
| Edward Shamoon | P 20221216 37 | 12/16/2022 | 2 | assigned | | 11/16/2022 | (1) | $1.2600 | $126 | | | |
| Edward Shamoon | P 20221216 37 | | | | | 11/17/2022 | (1) | $1.3800 | $138 | | | |
| **Edward Shamoon** | **P 20221216 37** | | **2** | | | | **(2)** | | **$264** | **0** | **$0** | **$264** |

*Avg Closing Prices from October 27, 2023 to January 24, 2024