# EXHIBIT B

 ☰ **ACCESSWIRE**®                                         Sign Up

⊘ **Back to Newsroom**

# Pomerantz Law Firm Announces the Filing of a Class Action Against General Motors Company and Certain Officers – GM

Friday, 08 December 2023 18:00



**Pomerantz LLP**

**Topic:**    Lawsuits        Share this Article

**NEW YORK, NY / ACCESSWIRE / December 8, 2023 /** Pomerantz LLP announces that a class action lawsuit has been filed against General Motors Company ("GM" or the "Company") (NYSE:GM) and certain officers. The class action, filed in the United States District Court for the Eastern District of Michigan, Southern Division, and docketed under 23-cv-13132, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired GM securities between February 2, 2022 and October 26, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired GM securities during the Class Period, you have until February 6, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

GM is an automotive manufacturing company that designs, builds, and sells trucks, crossovers, cars, and automobile parts worldwide. The Company markets its vehicles primarily under the Buick, Cadillac, Chevrolet, GMC, Baojun, and Wuling brand names.

Cruise LLC ("Cruise") is GM's majority-owned global segment responsible for the development and commercialization of autonomous vehicle ("AV")-*i.e.*, driverless-technology. Cruise has secured various testing and driving permits for its AVs on the ostensible premise that those AVs were sufficiently safe for such purposes.

Since at least as early as November 2020, GM's products have been the subject of multiple recalls because of defective airbag components in the Company's vehicles, exposing the Company to various global lawsuits. Nevertheless, GM has consistently downplayed safety concerns related to its vehicles' airbags and the need to reco

business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) GM downplayed concerns with its vehicles' airbags and the need to record additional warranty accruals for related product recalls; (ii) GM overstated the extent and efficacy of its efforts to analyze defects in its vehicles' airbag inflators; (iii) Cruise's AVs and/or AV technology were less safe and well-developed than Defendants had led investors, regulators, and the general public to believe; (iv) accordingly, regulatory approval of Cruise's AV products was unsustainable and the prospects for widespread regulatory approval and adoption of Cruise's AV products were overstated; (v) all the foregoing subjected GM to an increased risk of governmental and/or regulatory scrutiny and enforcement action, significant legal liabilities, product recalls, and reputational harm; and (vi) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

On October 2, 2023, *NBC Bay Area* reported that a pedestrian suffered major injuries after she was run over by and pinned beneath a driverless Cruise AV. *NBC Bay Area* further reported that Cruise was cooperating with law enforcement regarding the incident.

On this news, GM's stock price fell $1.09 per share, or 3.36%, to close at $31.38 per share on October 3, 2023.

On October 5, 2023, the National Highway Traffic Safety Administration held a public hearing to recommend a recall of more than 50 million airbag inflators that have been linked to potentially deadly explosions. Citing people familiar with the matter, *The Wall Street Journal* ("WSJ") subsequently reported that at least 20 million of GM's vehicles were built with the defective airbag inflators in question, at least one of which had led to a confirmed fatality.

On this news, GM's stock price fell $0.73 per share, or 2.35%, to close at $30.31 per share on October 5, 2023.

On October 24, 2023, the California Department of Motor Vehicles ("California DMV") issued a statement announcing the immediate suspension of Cruise's deployment and driverless testing permits. In suspending Cruise's permits, the California DMV cited, among other issues, that Cruise "ha[d] misrepresented . . . information related to [the] safety of the autonomous technology of its vehicles."

On this news, GM's stock price fell $0.66 per share, or 2.26%, to close at $28.56 per share on October 24, 2023.

Then, on October 26, 2023, Cruise announced via a post on X (formerly Twitter) that it would pause all of its AV operations across the country "while we take time to examine our processes, systems, and tools and reflect on how we can better operate in a way that will earn public trust."

On this news, GM's stock price fell $1.33 per share, or 4.66%, to close at $27.22 per share on October 27, 2023.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic: Lawsuits

 **Back to Newsroom**

Press release distribution that gets you the engagement and visibility your brand deserves.

CONTACT US TODAY!




Sign Up



 

## ABOUT
WHO WE ARE
WHO WE SERVE
CONTACT

## PRODUCTS
PRESS RELEASE DISTRIBUTION
PRESS RELEASE OPTIMIZER
ONLINE MEDIA ROOM
IR WEBSITES
WEBCASTING

## NEWSROOM

## RESOURCES
FAQ
COMPANY SPOTLIGHT
SAMPLE PRESS RELEASE
PRESS RELEASE TEMPLATE
BLOG

## CUSTOMER REVIEWS

## LOGIN

## CONNECT TODAY!
SALES
EDITORIAL
CONTENT LICENSING
JOIN OUR NEWSLETTER
**866-694-3099**

© 2023 ACCESSWIRE | All Rights Reserved

PRIVACY POLICY    |    TERMS OF SERVICE    |
RESPONSIBLE CLOSURE GUIDELINES    |    Status