# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE GENERAL MOTORS COMPANY SECURITIES LITIGATION | Case No. 4:23-cv-13132-SDK-EAS<br><br>District Judge Shalina D. Kumar<br><br>Magistrate Judge Elizabeth A. Stafford |

## INDEX OF EXHIBITS TO GM DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

| EXHIBIT | DESCRIPTION |
|---|---|
| 35 | Bank of America Global Research Report, *Nothing General about it … Cruising into 2030*, dated October 6, 2021 |
| 36 | Collection of Form 4s filed with the SEC on behalf of Mary Barra between February 24, 2021, and November 8, 2023 |
| 37 | Collection of Form 4s filed with the SEC on behalf of Paul Jacobson between February 24, 2021, and November 8, 2023 |
| 38 | Collection of Form 4s filed with the SEC on behalf of Douglas Parks between February 24, 2021, and November 8, 2023 |
| 39 | Unpublished Cases |