# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE GENERAL MOTORS COMPANY SECURITIES LITIGATION | Case No. 4:23-cv-13132-SDK-EAS<br><br>District Judge Shalina D. Kumar<br><br>Magistrate Judge Elizabeth A. Stafford |

## INDEX OF EXHIBITS

| No. | Description |
|---|---|
| 18 | October 6, 2021 BofA Securities Global Research Report |
| 19 | October 7, 2021 J.P. Morgan Equity Research Report |
| 20 | October 7, 2021 RBC Capital Markets Equity Research Report |
| 21 | Compilation of Morningstar Equity Research Reports Cited in Paragraph 81(g) of the Amended Complaint |
| 22 | Compilation of Unpublished Cases Cited in the Cruise Reply Brief |