Exhibit 20



RBC Capital Markets, LLC
**Joseph Spak**, CFA (Analyst)
(212) 428-2364, joseph.spak@rbccm.com
**Garrett Klumpar** (Senior Associate)
(212) 428-6522, garrett.klumpar@rbccm.com
**Brendan Shea**, CFA (Senior Associate)
(212) 301-1601, brendan.shea@rbccm.com

October 7, 2021

# General Motors Company

## Growth Motors – Becoming a platform play?

**Our view:** Day 1 of GM's analyst day laid out the massive opportunity as the industry transitions to electrification, more software opportunities, and autonomous technology—a potential doubling of revenues by 2030 with better margins. We continue to like GM for the optionality. Reit OP, $74 PT.

### Key points:

**GM backed up LT opp with sizable LT targets.** And it showed levers to get there. GM believes rev. can potentially double by 2030 to $275–315bn with EBIT margins going to 12–14% (~9–10% now) or EPS of ~$20. We get that forecasting out 10 years involves uncertainties and many specific targets were directional, but if you take what GM said to heart for some of the individual opp, margin outlook seems too low (and if Cruise works and scales, rev is larger too). Our takeaway is GM has a lot of shots on goal as industry/company transform. Some opps will hit, others may fail, and still others could be larger than anticipated. But, GM likely doesn't need all these opps to exactly play out as it indicated for stock to be undervalued here. Bigger question is what gets stock going and incremental investor interested. To us, it's getting growth and/or ESG investors to look at GM and add it. This event could begin to serve as impetus for that to happen.

**Multiple growth platforms.** Automaking starts with product. We knew about the Hummer, Lyriq, e-Silverado/Sierra. Importantly, GM showed several high-vol entries like e-Equinox/Blazer equivalents priced at $30k (and hinted at something priced even lower) as part of 30 EV models by 2025. Product helps GM grow its auto sales and financing biz at a 4–6% CAGR through 2030 to $195–235bn with $90bn BEV. Interestingly, this means GM's ICE biz ~$12bn lower in 2030 than today (-1% CAGR). This may seem like low levels of cannibalization, but we believe GM has opp to gain share with BEVs from both product/geography (coasts). Then, GM expects to grow software/new biz from $2bn today to $80bn in 2030 (50% CAGR), which consists of $50bn Cruise, $10bn Brightdrop (low 20% margin), ~$16.5bn software & services (could be 50% margin), $6bn insurance, along with other opp from defense, fuel cell, other initiatives. Software & services opp is interesting and enabled by software-defined vehicles (Ultifi platform + VIP). GM revealed that OnStar has 4.2mm paying subscribers generating $2bn in rev and $1.4bn in EBIT (>70% margin). That's customers paying about $40/month. $16.5bn in 2030 software & services contemplated 30mm connected car parc, so that's not a big stretch to $45/month considering much more options/functionality and GM research shows willingness to pay $135 (so a ~33% take rate).

**Cruise.** Many investors believe GM's stock comes down to Cruise. We agree in the sense that a launch will increase confidence in Cruise value, which in turn shows that everything else GM is doing is undervalued. We wouldn't expect a spin/IPO anytime soon, but Cruise is showing clearer signs of moving toward commercialization. And if launch is successful and Cruise can scale (GM believes it can exponentially), this would be truly transformative and disrupt market by offering better/less expensive product to consumer while being very profitable for Cruise.

## Outperform
NYSE: GM; USD 53.93
### Price Target USD 74.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 39.00 | 53.93 | 74.00 | 106.00 |
| | ↓ 28% | | ↑ 37% | ↑ 97% |

*Implied Total Returns

### Key Statistics
| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 1,468.0 | Market Cap (MM): | 79,169 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 16,400,794 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| **Revenue** | 108,669.0 | 108,676.2 | 144,307.7 | 150,231.4 |
| **EPS, Ops Diluted** | 4.89 | 5.53 | 7.35 | 7.45 |
| **P/E** | 11.0x | 9.7x | 7.3x | 7.2x |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2020 | 29,149.0A | 13,361.0A | 32,066.0A | 34,093.0A |
| 2021 | 29,062.0A | 30,745.0A | 20,541.0E | 28,328.3E |
| 2022 | 29,847.8E | 37,703.0E | 39,439.7E | 37,317.2E |
| **EPS, Ops Diluted** | | | | |
| 2020 | 0.62A | (0.50)A | 2.83A | 1.93A |
| 2021 | 2.25A | 1.97A | 0.36E | 0.96E |
| 2022 | 1.29E | 2.21E | 2.19E | 1.65E |

Historicals have been restated for the pending Opel/Vauxhall sale.
All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



## Creating Platforms That Move the World

GM hosted Day 1 of its two-day analyst day in Warren, MI, outlining its corporate priorities and its growth strategy over the remainder of the decade. It is transitioning to a platform innovator from a traditional hardware-only automaker, led by its dual Ultium/Ultifi platform strategy. It will launch several EVs globally over the coming years and has been investing in developing AV technology. It is expanding its software/service capabilities and sees 30mm connected vehicles on the road by 2030 generating $20–25bn in annual revenue (including $6bn from insurance). It sees EV revenues growing to 40–50% of auto sales by 2030 and doubling overall revenue while simultaneously expanding margin to 12–14% (we think this may be conservative) in the same time frame.

### From Automaker to Platform Innovator (Mary Barra – Chair and CEO)

GM's 2021 investor day showcased its transition from a hardware-only auto OEM to a hardware/software platform innovator. It plans to double revenue by 2030 and expand margins (targets seem conservative to us) while driving L2-5 AV technology advancements with Cruise, Super Cruise, and Ultra Cruise and plans to capture No. 1 EV market share in the US with 30+ EVs planned by 2025. We sense that the company will be aggressive on price (several low-volume entries planned priced at/below $30k) but still generate solid profits on its vehicles given the scale/cost benefits of Ultium. It anticipates growing its software/subscription service and continues to drive its sustainability improvement. The company plans to source 100% of the power used in its US facilities from renewable sources by 2025 (up from 2030 previously and 2050 originally) while being carbon neutral in global products/operations by 2040 and eliminating LD emissions by 2035. It has also invested $25mm in a climate equity fund. Investors have started taking notice of its ESG efforts, with GM's actively managed sustainable funds ranking improving from the ninth decile in 2Q20 up to the fifth decile in 2Q21.

### Transformation Growth Strategy & Roadmap (Mark Reuss – President)

GM is transitioning toward a more EV company, launching 30 EVs globally and targeting sales of 1mm units in 2025, while improving its AV capabilities and driving new business. It will convert half of its manufacturing capacity in North America/China to BEV by 2030. The transformation began in 2018 when it unlocked $4.5tn in savings related to exiting or fixing international markets and exiting non-profitable ICE car programs. Looking forward, GM still plans to launch new model years of ICE SUVs/Pickups, as next-gen launches will have superior profitability characteristics, help fund and stopgap the transition to EVs, and maintain market segment positioning. It plans to grow its EV portfolio quickly while being vertically integrated and sees opportunity to license its tech and sell components. It acknowledged that it may be ahead of charging infrastructure early in the industry's transition and will work to foster infrastructure growth where it can. It will start to commercialize its AV/Cruise capabilities (Super Cruise L2 on 20 vehicles by 2023 and Ultra Cruise hands-free driving 95% of the time rolling out in 2023).



Exhibit 1 - GM Transformation Timeline



Source: Company reports

### Dual Platform Advantage (Ken Morris – VP, Autonomous and Electric Vehicle Programs; Scott Miller – VP of Software Defined Vehicle and Operation System)

GM sees its dual platform of Ultium batteries and Ultifi software driving its competitive advantage going forward. On Ultium, GM is working to create the most vertically integrated supply chain for battery manufacturing in the industry as a way to cut costs and increase reliability. It has a new supply agreement with Wolfspeed to source silicon carbide devices, noting that silicon can be ~50% more efficient than traditional semiconductors. It is also collaborating with GE Renewable Energy to source rare earth materials needed for its magnets. Further, it is working on sustainable sourcing agreements for lithium, nickel, and cobalt, with more details TBA. So far, with its Ultium technology, it has reduced battery costs by 40% vs. the battery pack used in its Bolt EV via superior cell design and manufacturing (JV with LG Energy Solutions) while using lower-cost anode/cathode material (natural graphite/high nickel content) and integrating pack/vehicle with a modular design, increased volume, and co-sourcing. It sees being able to drive further reduction to costs with the next-gen Ultium pack, expected to represent a 60% decrease in cost vs. the Bolt, via further refinement in cell design (use of more dense material), improved manufacturing, using lithium for its anode material, using less cathode material, and decreasing the number of cells and modules required via pack/vehicle integration.



Exhibit 2 - GM Battery Cost Reductions



Source: Company reports

On the software side, GM's Ultifi platform is how the company will scale its service/software plans. Prior software had millions of lines of code distributed across multiple modules, making mass updates difficult. GM's solutions, its Ultifi platform, is an end-to-end Linux-based platform that effectively separates the software from the hardware, and allows for direct interface to embedded controls in the cloud, thereby enabling rapid OTA software updates to all of GM's vehicles. GM sees being able to leverage its software to provide new features to customers, such as sensors in windshield wipers automatically turning on traction control, using facial feature recognition to start the car, and automatically closing windows when sensors detect rain. It also sees being able to develop cloud services aimed at improving safety, such as implementing up-to-date weather/road condition data to provide things like icy road warnings and traffic insights. Further, because Ultifi is Linux-based, third-party developers authorized by GM will be able to develop software for customers while GM would retain ownership of the data gathered. Ultimately driving its software competitive advantage, GM sees Ultifi effectively allowing customers to customize their vehicle experience while unlocking advanced subscription capabilities and turning the vehicle into a recurring subscription-based revenue stream.

### Software-Enabled Services (Alan Wexler – SVP, Innovation and Growth; Pamela Fletcher – VP, Global Innovation; Travis Katz – CEO and President, BrightDrop)

GM sees its software and new businesses portfolio contributing upwards of $80bn by 2030 versus a base level of ~$2bn (historical average 2016–20). We view the forecast as potentially conservative given that software/new businesses include Cruise ($50bn by 2030), Software/Insurance ($20–25bn), BrightDrop ($10bn), and Defense ($1.5bn) for a SOTP revenue potential of ~$85bn. Further, the software revenue of ~$16.5bn expected by 2030 (midpoint $22.5bn minus insurance rev of $6bn) on a car parc of 30mm connected vehicles implies revenue per vehicle in the $45/month range. Given management commentary that surveys indicated customers' willingness to spend up to $135/month, we see potential upside to the $16.5bn based on GM's apparent current take-rate assumption of ~33%.

Exhibit 3 - GM Software/New Business Ramp



Source: Company reports

It views its recurring/subscription-based revenue as the bedrock for its revenue growth and plans to drive it by applying its Ultifi software across its entire ecosystem (ICE and EV) while utilizing five different sales channels ranging from entirely online to normal in-dealer sales. It is smoothing the customer experience by transitioning to a cloud-based back office that will interact with the individual customer on a personalized level given stored wants/needs at every touch point. Studies conducted by GM have shown a high willingness to select multiple services and a willingness to spend an average of $135/month. It sees future growth from safety/security in/out of the vehicle, OTA performance upgrades, ADAS, and in-vehicle apps, among others.

GM actively promotes new businesses, though it typically incubates only the top 10% of new ideas presented to it. While it has ~20 businesses in the pipeline with TAMs ranging from $3bn to $500bn, it called out three of its more promising ventures. OnStar insurance is available in 38 states and is expected to be available in all 50 states by early 2022. It sees its access to GM customers, superior data, and the GM ecosystem as competitive advantages and expects revenue of $6bn by 2030. GM Defense provides commercially developed solutions at scale more quickly than done in the past and coincides with the DoD's shift toward a more commercial model. Last year, GM was hired for a $214mm contract to build an infantry squad vehicle and it sees that opportunity rising to $1bn. It was contracted to build a purpose-built HD Suburban for use by the government, initially a $36.5mm contract with potential to increase to $500mm. Last is the BrightDrop business, expected to generate $10bn in revenue by 2030. It sees global ecommerce growing to $7.4tn by 2029 and a $250bn TAM for last-mile delivery. It provides the EV600, an electric delivery van with 250 miles of range, and electric-powered storage containers that can carry up to 200lbs of cargo with minimal effort and were shown to improve FedEx's efficiency by 25%.

### Autonomous Vehicle Commercialization (Dan Ammann – CEO, Cruise; Doug Parks – EVP, Global Product Development, Purchasing and Supply Chain)

Cruise is currently in the early innings of its second of three phases. The first phase was the R&D phase (build up technology and solve engineering challenge) that occurred between 2015 and 2020 and culminated late last year when Cruise successfully finished fully driverless



testing. The second phase (where the company currently is) is early commercialization, which is expected to last through 2022 and involves taking the minimum viable level of its driverless technology and turning it into a product that people want to use. The third and final phase is rapid scaling, which is expected to start in 2023 with the start of Origin production.

Exhibit 4 - Cruise Development Phases



Source: Company reports

On the regulatory side, Cruise continues to make progress, having just received the fifth of six permits needed to do paid, driverless ride-hail in California. Cruise hopes to receive its final permit in early 2022, which would allow it to start generating revenue from rides.

Exhibit 5 - SF Driverless Ride-Hail Regulatory Roadmap

| Received | Date | Permit | Permits Issued |
|---|---|---|---|
| ✔ | Jun 2015 | DMV Drivered Test | >50 |
| ✔ | Feb 2020 | CPUC Drivered Test (unpaid) | 9 |
| ✔ | Oct 2020 | DMV Driverless Test (unpaid) | 8 |
| ✔ | Jun 2021 | CPUC Driverless Test (unpaid) | 1 |
| ✔ | Sep 2021 | DMV Driverless Deployment (paid) | 3* |
| - | To Come | CPUC Driverless Deployment (paid) | - |

Source: Company reports

In order to be able to offer low-cost, generalized autonomy, there are two strategies: 1) start with low-cost L2 ADAS and improve performance; or 2) solve performance (L4/5 with human out of the loop) and then optimize cost. Cruise chose the latter, as it believes that it can bring down the cost curve more quickly than others can improve the performance from L2. A big driver of reducing Cruise's cost per mile is the rollout of the Cruise Origin, which is purpose-built for both ride-hail and delivery and has significant cost advantages over a retro-fitted vehicle, which Cruise is currently using. Management believes the origin will help reduce its cost per mile by -60 –70%. The second major cost reduction will come when Cruise can deploy full autonomy tech to retail customers given the inherent scale benefits. Cruise is also working to lower costs on components, as it's targeting a >90% reduction in compute cost over four generations (between 2018 and 2025; Cruise just deployed its second generation of compute). Management noted that the ability to take the driver out and not have a network fee is a key driver of improved profitability and enables it to offer a more affordable solution (Uber/Lyft prices only going up) while still generating a profit, which aids in its ability to scale up rapidly.



Exhibit 6 - Cruise vs. Human-Drive Ride-Hail Profitability



Source: Company reports

Cruise is focused on starting small but noted that it will begin to ramp very meaningfully as the Origin comes on line, and management expects Cruise to represent $50bn in annual recurring revenue by the end of the decade. This ability to scale the fleet exponentially is expected to be driven by its technology roadmap (e.g., lower sensor count as software improves, reducing map dependence), improved simulation, increased automation, etc. Looking forward, management expects Cruise to be deployed in multiple US markets in 3–4 years, to be in every place in the US and multiple international markets with costs approaching personal car ownership parity and tech beginning to be deployed on personal retail vehicles in 5–6 years, and to begin to have a meaningful impact on road safety (i.e., fewer accidents/fatalities) in the US and around the world in 8–10 years.

On the ADAS side, management noted that >10mm miles have been driven using Super Cruise (introduced in 2017) on more than 200k miles of road in the US and Canada. GM continues to add features and noted that all 2022 Super Cruise-enabled vehicles will come with increased features such as automatic lane change, trailering, and enhanced navigation, with features also being recast to 2021 model years using OTAs. Currently customers are paying >$2k for Super Cruise. As the next iteration in GM's ADAS offering, management announced Ultra Cruise, which will launch in 2023 and cover more than 2mm miles of road in the US and Canada, handling 95% of all driving scenarios. This perception uses three kinds of sensors (cameras, radar, LiDAR) to create a 4D, 360-degree understanding of surroundings, and Ultra Cruise will leverage Ultifi and VIP to add more features over time (via OTA updates). Through the combination of Ultra Cruise (on premium/higher-priced vehicles) and Super Cruise (on lower-cost/mass-market vehicles), GM will offer ADAS features across the entirety of its vehicle lineup. We point out Cruise's November 4th Tech Day as a potential catalyst, though we think it will be primarily for recruiting purposes.

### Manufacturing Advantage (Gerald Johnson – EVP, Global Manufacturing and Sustainability)

Management believes that its manufacturing prowess and facilities not only are a core competency of the company, but can also be a competitive advantage for GM as it transitions from ICE to EV:

- Factories – GM expects >50% of its NA/China facilities to be capable of EV production by 2030. To facilitate this production capacity transition, management plans to repurpose



plants vs. building new plants from scratch, which the company estimates will save GM ~$10–15bn in capex ($1–1.5bn per plant) through the end of the decade.

- Speed – Decision to leverage existing manufacturing base to convert plants to EV only production and/or have plants that do both EV/ICE production (80% of assembly process is same for EV as it is for ICE) results in quicker conversions (supports shorter development cycles) and ultimately allows GM to get product to customers more quickly.
- Scale and flexibility – Footprint can morph/adapt with market and consumer demand no matter what the pace/speed of EV adoption end up being.
- People – Skilled, experienced workforce that manages 11 major launches each year and management expects the company to continue delivering 3–5% productivity improvements per year and to maintain its best-in-class manufacturing cost controls (7% of sales).
- Sustainability – The company pulled forward its commitment to use 100% renewable energy in its US plants by five years to 2025 (2030 previously and 2050 initially).

### Driving Superior Shareholder Value (Paul Jacobson – EVP and CFO)

Over the last few years, GM has taken decisive actions to position the company for success through the transition from ICE to EV. Not only has it optimized its existing ICE business (refocused GMNA portfolio to most profitable segments and exited unprofitable ICE regions) and refined its cost structure, both of which will help to fund the EV transition/investments, but it has also made key investments to develop additional capabilities that open up new business and revenue opportunities for the company (Cruise, BrightDrop, Software/Subscriptions, etc.).

As a result, the company expects its traditional auto sales and financing business to grow at a +4–6% CAGR through 2030 (using 2016–20 average as baseline), with 2030 revenue reaching $195–235bn, of which $90bn is from EVs (assumes 2030 industry EV penetration of 40–50%). In addition, it expects revenue from its software and new business to grow at a +50% CAGR, reaching sales of $80bn by 2030. This includes Cruise ($50bn), BrightDrop ($10bn), software-enabled services ($20–25bn including $6bn from insurance; management expects 30mm connected vehicles in the US by 2030, most of which will have Ultifi), and Defense.

Exhibit 7 - LT Revenue Growth Forecasts



Source: Company reports

Given the higher margin profile of some of these new businesses (OnStar currently $2bn in sales with >75% EBIT margins; management thinks BrightDrop can reach low-20% margins by end of decade; all in, management expects its new biz portfolio to generate margins >20%),



management believes that it can grow total EBIT margins to 12–14% by 2030 with core auto margins expanding as EVs scale (expected to reach margin parity with ICE by mid-decade) and battery costs decline.

Management remains committed to spending $35bn on EV/AV investments through 2025: ~$10bn for battery/propulsion R&D and battery plants, ~$6bn for Cruise, and ~$20bn for capital and engineering related to EV programs (including converting factories to EVs and giving ICE plants EV capabilities). As such, capex is expected to remain in the $9–10bn range (including Ultium JV investments) over the medium term. These are expected to be funded fully by internally generated cash, with management expecting its cash conversion to be 80–90% in the second half of the decade. Capital allocation priorities remain unchanged: 1) invest in business; 2) maintain investment-grade balance sheet; and 3) return cash to shareholders (ultimately a Board decision, but management wants to see stability in chip situation before resuming dividend reinstatement discussions with the Board).



**General Motors Company**

**General Motors Company**

| (Dollars in millions, except per share data or as noted) | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wholesale Units (000's), Prod. Pre-2012** | | | | | | | | | | | | | | | | | | | |
| GMNA | 775 | 331 | 799 | 802 | 664 | 642 | 430 | 641 | 672 | 775 | 893 | 879 | 3,214 | 2,707 | 2,378 | 3,218 | 3,361 | 3,384 | 3,376 |
| GMI | 191 | 90 | 166 | 216 | 157 | 118 | 149 | 205 | 173 | 177 | 164 | 215 | 995 | 663 | 630 | 730 | 737 | 759 | 782 |
| China JV | 341 | 733 | 848 | 1,106 | 675 | 620 | 721 | 885 | 810 | 744 | 793 | 885 | 3,244 | 3,028 | 2,901 | 3,232 | 3,329 | 3,438 | 3,552 |
| **Total** | **1,307** | **1,154** | **1,813** | **2,124** | **1,496** | **1,380** | **1,300** | **1,731** | **1,654** | **1,696** | **1,850** | **1,979** | **7,453** | **6,398** | **5,908** | **7,179** | **7,426** | **7,581** | **7,709** |
| | | | | | | | | | | | | | | | | | | | |
| **y/y change** | | | | | | | | | | | | | | | | | | | |
| GMNA | -10% | -62% | 0% | 17% | -14% | 94% | -46% | -20% | 1% | 21% | 108% | 37% | -10% | -16% | -12% | 35% | 4% | 1% | 0% |
| GMI | -19% | -65% | -28% | -19% | -18% | 31% | -10% | -5% | 10% | 50% | 10% | 5% | -14% | -33% | -5% | 16% | 1% | 3% | 3% |
| China JV | -60% | 0% | 10% | 25% | 98% | -15% | -15% | -20% | 20% | 20% | 10% | 0% | -20% | -7% | -4% | 11% | 3% | 3% | 3% |
| **Total** | **-33%** | **-38%** | **0%** | **16%** | **14%** | **20%** | **-28%** | **-18%** | **11%** | **23%** | **42%** | **14%** | **-15%** | **-14%** | **-8%** | **22%** | **3%** | **2%** | **2%** |
| | | | | | | | | | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | | | | | | | | | |
| **Automotive Revenues** | **29,149** | **13,361** | **32,066** | **34,093** | **29,062** | **30,745** | **20,541** | **28,328** | **29,848** | **37,703** | **39,440** | **37,317** | **122,697** | **108,669** | **108,676** | **144,308** | **150,231** | **151,578** | **151,700** |
| Cost of Sales | 24,442 | 11,547 | 25,183 | 27,930 | 22,868 | 24,704 | 17,468 | 23,508 | 24,663 | 30,422 | 32,633 | 31,092 | 102,588 | 89,102 | 88,548 | 118,811 | 124,291 | 125,525 | 125,877 |
| *Depreciation & Amortization* | 1,400 | 1,300 | 1,300 | 1,400 | 1,300 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,450 | 1,450 | 5,600 | 5,400 | 5,500 | 5,700 | 5,871 | 5,988 | 6,108 |
| Total Automotive Cost of Sales | 25,842 | 12,847 | 26,483 | 29,330 | 24,168 | 26,104 | 18,868 | 24,908 | 26,063 | 31,822 | 34,083 | 32,542 | 108,188 | 94,502 | 94,048 | 124,511 | 130,162 | 131,513 | 131,985 |
| Gross Profit | 3,307 | 514 | 5,583 | 4,763 | 4,894 | 4,641 | 1,673 | 3,420 | 3,785 | 5,881 | 5,356 | 4,775 | 14,509 | 14,167 | 14,628 | 19,796 | 20,070 | 20,065 | 19,715 |
| Automotive SG&A | 1,902 | 1,251 | 1,565 | 2,081 | 1,741 | 2,050 | 1,588 | 2,112 | 1,776 | 2,091 | 1,620 | 2,154 | 8,318 | 6,799 | 7,492 | 7,642 | 7,794 | 7,950 | 8,109 |
| **Operating Income (Core Auto)** | **1,405** | **(737)** | **4,018** | **2,682** | **3,153** | **2,591** | **84** | **1,308** | **2,009** | **3,790** | **3,736** | **2,620** | **6,191** | **7,368** | **7,136** | **12,155** | **12,276** | **12,114** | **11,606** |
| **EBIT-Adj - Core Auto** | **1,248** | **(567)** | **4,281** | **2,933** | **3,464** | **2,868** | **301** | **1,543** | **2,298** | **4,053** | **3,977** | **2,883** | **7,293** | **7,895** | **8,175** | **13,211** | **13,331** | **13,179** | **12,680** |
| **EBIT-Adj - GM Cruise** | **(228)** | **(195)** | **(204)** | **(260)** | **(229)** | **(332)** | **(250)** | **(250)** | **(325)** | **(325)** | **(325)** | **(325)** | **(1,004)** | **(887)** | **(1,061)** | **(1,300)** | **(1,400)** | **(1,500)** | **(1,200)** |
| **EBT-Adj - GM Financial** | **230** | **226** | **1,207** | **1,039** | **1,182** | **1,581** | **957** | **889** | **806** | **813** | **857** | **907** | **2,104** | **2,702** | **4,609** | **3,382** | **3,482** | **3,582** | **3,682** |
| **EBIT-Adj - Total** | **1,250** | **(536)** | **5,284** | **3,712** | **4,417** | **4,117** | **1,008** | **2,182** | **2,779** | **4,540** | **4,509** | **3,465** | **8,393** | **9,710** | **11,723** | **15,293** | **15,413** | **15,261** | **15,162** |
| *Memo: Equity Income* | (157) | 170 | 263 | 251 | 311 | 277 | 216 | 235 | 289 | 263 | 241 | 263 | 1,102 | 527 | 1,039 | 1,056 | 1,056 | 1,065 | 1,074 |
| *Memo: Noncontrolling interests* | (8) | (22) | (27) | (49) | (8) | (57) | - | - | - | - | - | - | (65) | (106) | (65) | - | - | - | - |
| Auto Interest Expense | (193) | (303) | (327) | (275) | (250) | (243) | (300) | (300) | (260) | (260) | (260) | (260) | (782) | (1,098) | (1,093) | (1,040) | (1,010) | (981) | (922) |
| Auto Interest Income | 83 | 61 | 51 | 46 | 32 | 32 | 50 | 50 | 50 | 50 | 50 | 50 | 429 | 241 | 164 | 200 | 200 | 200 | 200 |
| **Pre-tax Income - Total** | **1,140** | **(778)** | **5,008** | **3,483** | **4,199** | **3,906** | **758** | **1,932** | **2,569** | **4,330** | **4,299** | **3,255** | **8,040** | **8,853** | **10,794** | **14,453** | **14,603** | **14,480** | **14,440** |
| Tax Expense | 194 | (117) | 901 | 630 | 861 | 975 | 189 | 473 | 624 | 1,039 | 1,032 | 781 | 957 | 1,608 | 2,499 | 3,476 | 3,475 | 3,432 | 3,466 |
| *Effective Tax Rate-Adjusted* | 17% | 14.6% | 18% | 18% | 21% | 25% | 25% | 25% | 24% | 24% | 24% | 24% | 12% | 18% | 23% | 24% | 24% | 24% | 24% |
| **Adjusted Net Income** | **946** | **(661)** | **4,107** | **2,853** | **3,338** | **2,931** | **568** | **1,458** | **1,944** | **3,291** | **3,267** | **2,474** | **7,083** | **7,245** | **8,296** | **10,976** | **11,127** | **11,049** | **10,975** |
| Less: cumulative dividends on subsidiary preferred stock | (47) | (48) | (40) | (46) | (46) | (46) | (46) | (46) | (46) | (46) | (46) | (46) | (151) | (181) | (184) | (184) | (184) | (184) | (184) |
| **Adjusted Net Income to Common** | **899** | **(709)** | **4,067** | **2,807** | **3,292** | **2,885** | **522** | **1,412** | **1,898** | **3,245** | **3,221** | **2,428** | **6,932** | **7,064** | **8,112** | **10,792** | **10,943** | **10,865** | **10,791** |
| Adjustments | 652 | 97 | 62 | 7 | 316 | 95 | - | - | - | - | - | - | 351 | 818 | 411 | - | - | - | - |
| **Net Income to Common** | **247** | **(806)** | **4,005** | **2,800** | **2,976** | **2,790** | **522** | **1,412** | **1,898** | **3,245** | **3,221** | **2,428** | **6,581** | **6,246** | **7,701** | **10,792** | **10,943** | **10,865** | **10,791** |
| | | | | | | | | | | | | | | | | | | | |
| Basic reported EPS | $0.17 | ($0.56) | $2.80 | $1.95 | $2.06 | $1.92 | $0.36 | $0.97 | $1.31 | $2.24 | $2.22 | $1.67 | $4.63 | $4.36 | $5.31 | $7.44 | $7.54 | $7.49 | $7.44 |
| Fully Diluted EPS reported attributable to GM | $0.17 | ($0.56) | $2.78 | $1.93 | $2.03 | $1.90 | $0.36 | $0.96 | $1.29 | $2.21 | $2.19 | $1.65 | $4.57 | $4.32 | $5.25 | $7.35 | $7.45 | $7.40 | $7.35 |
| **EPS from Continuing Ops.** | **$0.62** | **($0.50)** | **$2.83** | **$1.93** | **$2.25** | **$1.97** | **$0.36** | **$0.96** | **$1.29** | **$2.21** | **$2.19** | **$1.65** | **$4.82** | **$4.89** | **$5.53** | **$7.35** | **$7.45** | **$7.40** | **$7.35** |
| Dividends Per Share | $0.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.15 | $0.15 | $1.52 | $0.38 | $0.00 | $0.30 | $0.30 | $0.30 | $0.30 |
| Basic Avg. Shares Out. (mil.) | 1,433 | 1,432 | 1,432 | 1,436 | 1,447 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,424 | 1,433 | 1,450 | 1,451 | 1,451 | 1,451 | 1,451 |
| Fully Diluted Avg. Shares Out. For Cont. Ops (mil.) | 1,440 | 1,432 | 1,439 | 1,451 | 1,464 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,440 | 1,441 | 1,467 | 1,468 | 1,468 | 1,468 | 1,468 |
| EPS ex-revaluations | $0.90 | ($0.58) | $2.78 | $1.67 | $2.17 | $1.85 | $0.38 | $0.96 | $1.29 | $2.21 | $2.19 | $1.65 | $4.55 | $4.78 | $5.35 | $7.35 | $7.45 | $7.40 | $7.35 |
| EPS ex-Strike | | | | | | | | | | | | | $6.71 | | | | | | |
| **Yr/Yr Percent Change** | | | | | | | | | | | | | | | | | | | |
| Automotive Revenues | -7% | -59% | 1% | 25% | 0% | 130% | -36% | -17% | 3% | 23% | 92% | 32% | -8% | -11% | 0% | 33% | 4% | 1% | 0% |
| Operating Income (Auto) | -20% | -129% | 80% | NM | 124% | NM | -98% | -51% | -36% | 46% | 4332% | 100% | -28% | 19% | -3% | 70% | 1% | -1% | -4% |
| Earnings from Continuing Ops. | -54% | -128% | 63% | 2494% | 253% | NM | -86% | -49% | -42% | 12% | 475% | 70% | -25% | 2% | 15% | 32% | 1% | -1% | -1% |
| EPS from Continuing Ops. | -56% | -130% | 64% | 3774% | 260% | NM | -87% | -50% | -42% | 12% | 517% | 72% | -26% | 2% | 13% | 33% | 1% | -1% | -1% |
| **Automotive Expense/Margin Analysis** | | | | | | | | | | | | | | | | | | | |
| *Gross Margin* | 16.1% | 13.6% | 21.5% | 18.1% | 21.3% | 19.6% | 15.0% | 17.0% | 17.4% | 19.3% | 17.3% | 16.7% | 16.4% | 18.0% | 18.5% | 17.7% | 17.3% | 17.2% | 17.0% |
| SG&A | 6.5% | 9.4% | 4.9% | 6.1% | 6.0% | 6.7% | 7.7% | 7.5% | 5.9% | 5.5% | 4.1% | 5.8% | 6.8% | 6.3% | 6.9% | 5.3% | 5.2% | 5.2% | 5.3% |
| Depreciation & Amortization | 4.8% | 9.7% | 4.1% | 4.1% | 4.5% | 4.6% | 6.8% | 4.9% | 4.7% | 3.7% | 3.7% | 3.9% | 4.6% | 5.0% | 5.1% | 3.9% | 3.9% | 4.0% | 4.0% |
| EBIT-Adj Auto Margin | 4.3% | -4.2% | 13.4% | 8.6% | 11.9% | 9.3% | 1.5% | 5.4% | 7.7% | 10.7% | 10.1% | 7.7% | 5.9% | 7.3% | 7.5% | 9.2% | 8.9% | 8.7% | 8.4% |

Source: Company reports, RBCCM estimates



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

|  | **Our view** |
|---|---|
| **What are the most material ESG issues facing the company?** | Looking at the Auto industry, much of the ESG related focus is on the environmental portion given that the business is carbon-intensive. Although GM is still currently one of the largest producers of ICE-powered vehicles, which does raise questions about the company's ability to transition its portfolio to electrification, we believe GM's plan and strategy position the company well to be among the leading OEMs in an all-electrified world. |
| **How does the company integrate ESG considerations into its strategy?** | GM is a leader in many ESG factors. Starting with governance, GM's board has 55% female representation, which is much higher than its peers. Additionally, GM already has in place targets for 2030 to reduce both Scope 1 and GHG emissions by 31% and source 100% renewable electricity in the US. GM plans to achieve carbon neutrality by 2040 and sell only EVs (light-duty) starting in 2035. The company also incorporates a variety of reporting methods, including the Global Reporting Initiative (GRI), Sustainability Accounting Standards Board (SASB), Task Force on Climate-Related Financial Disclosures (TCFD), Carbon Disclosure Project (CDP), and United Nations Global Compact (UNGC), to provide the most accurate depiction of its current position in ESG. |
| **What is diversity like at the board/ management level?** | Of the combined 31 board of directors/executive management positions, women comprise ~32% of the total. Women and minorities account for 55% and 5%, respectively, of the board of directors. |
| **What are some of the company's specific ESG-focused programs?** | As GM continues to focus on ESG, the company has integrated a number of programs that have further enhanced its ESG position. GM has worked with CDP since 2010, and through the CDP Climate Change Program, the company has reported all 15 categories of Scope 3 emissions. In addition to the climate change program, the company also participates in the CDP Supply Chain program, which aims to reduce emissions throughout the supply chain. GM has also instituted innovative programs to increase representation of women, such as Take 2, a program for experienced professionals, often women, who have taken a two-year or longer break from their careers, and the GM Ally program, which was established to help increase GM's ability to attract, retain, and advance female talent. |



## Target/Upside/Downside Scenarios

General Motors Company



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our $74 price target is supported by our SOTP analysis, which values "Legacy" GM (automotive and GMF) and GM's "Auto-tech Ventures" separately and also considers cash, pension, GM Corporate, and a 15% conglomerate discount. The blended multiple comes to ~4.3x on our 2022 Auto EBITDAP estimate of ~$16.8bn or 10.0x our 2022 EPS estimate. We believe these multiples, which are supported by our sum of the parts analysis, are warranted given the value that we believe GM has in some of its businesses, and they compare to current NTM multiples of 2.9x EV/EBITDAP and 9.5x P/E. Our price target and implied return support our Outperform rating.

### Upside scenario

Our upside scenario assumes that GM can grow 2022 Auto EBITDAP to ~$20.3bn, which is ~21% better than our base case. For valuation purposes, we use a 5.4x EV/EBITDAP multiple (supported by an upside SOTP), which yields an upside scenario of $106.

### Downside scenario

Our downside scenario assumes 2022 Auto EBITDAP is ~7% below our base case as the cycle begins to turn. Under this scenario, we assume investors are less willing to pay for GM Tech's potential future earnings power. As such, to frame the downside, we assume a multiple of 2.2x EV/EBITDAP (supported by a downside SOTP). This yields a downside scenario of $39.

### Investment summary

We believe shares of GM will outperform the sector for the following reasons:

**Greater confidence in downside protection.** This recent downturn driven by COVID-19 gives us solid confidence that GM can hold up in a downturn, as recent transformation actions that have focused on improving capacity utilization and producing fewer low profit cars benefit GM's performance. We believe uncertainty around downturn performance has been a contributing factor weighing on the multiple, but we think investors should begin to fade the overly pessimistic view. Additionally, not having European exposure is a plus, in our view.

**Core is strong, allowing GM to invest in future and new addressable markets.** GM will spend $35bn through 2025 on EV and AV. This results in 30 new EVs by 2025 (20 by 2023 prior) with >2/3rds available in North America across all brands/ price points/uses and, importantly for the story, several key high-volume entries by 2023. More than 40% of total U.S. vehicle model launches in 2025 will be EVs. 12 programs have been accelerated (4 each in Chevy/GMC/Cadillac) some by as much as 40 months and the new design to market timeline benchmark is 26 months, down from 50 (which could have implications for suppliers). GM expects to exceed 1mm BEVs across NA and China. It is also using EVs to expand its TAM into new areas such as BrightDrop for electric last-mile delivery/ logistics.

**Tech in the future.** We are highly encouraged by GM's Ultium EV platform strategy. On AV, it remains to be seen whether GM can win on the robo-taxi opportunity, but it has a seat at the table; Softbank, Honda, Microsoft bring strategic value. GM could look to monetize Cruise.

**Emerging ESG candidate.** GM (carbon neutral by 2040) as an emerging ESG candidate could help the multiple. We understand why GM may have not been owned to date (legacy ICE, trucks), but if funds start to look at where GM is going and not where it has been, there could be meaningful ESG buying power.

### Risks to rating and price target

**Potential risks:** 1) Potential slowdown in auto sales in GM's end markets; 2) consumer demand remains soft following COVID-19 pandemic; 2) and "GM Tech" profitability is very far out and has a wide range of potential outcomes.

- The auto industry is highly cyclical with sales volumes influenced by employment levels, interest rates, and consumer confidence, among other things. A weaker-than-expected macro environment could result in increased



- pricing pressure/more incentives and lower-than-expected financial results.
- There is low visibility of pace of declines/recoveries of auto demand amid COVID-19 induced downturn and can differ from our expectations.
- There is a secular shift toward smaller, more fuel-efficient vehicles, which could be a negative for GM, which historically has been more successful with higher-margin trucks.
- A good portion of our GM investment thesis depends on the company's leading position in BRIC/developing markets, where political risks are not insignificant.
- In a rising commodity price environment, GM may not be able to pass along higher input costs.



## Company description

General Motors is one of the world's leading automotive companies. The company offers passenger cars, crossover vehicles, light trucks, sport utility vehicles, vans, and other vehicles through a global network of independent dealers.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for General Motors Company in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from General Motors Company in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of General Motors Company.

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from General Motors Company during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to General Motors Company.

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from General Motors Company during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to General Motors Company.

RBC Capital Markets is currently providing General Motors Company with non-investment banking securities-related services.

RBC Capital Markets has provided General Motors Company with non-investment banking securities-related services in the past 12 months.

RBC Capital Markets has provided General Motors Company with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.



**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings<br>RBC Capital Markets, Equity Research<br>As of 30-Sep-2021 | | | Investment Banking<br>Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 800 | 56.58 | 341 | 42.62 |
| HOLD [Sector Perform] | 562 | 39.75 | 172 | 30.60 |
| SELL [Underperform] | 52 | 3.68 | 3 | 5.77 |





**Rating and price target history for: General Motors Company, GM US as of 06-Oct-2021 (in USD)**

| 15-Oct-2018<br>Rtg:O<br>Target: 45.00 | 11-Jan-2019<br>Rtg:O<br>Target: 50.00 | 06-Feb-2019<br>Rtg:O<br>Target: 52.00 | 08-Jul-2019<br>Rtg:O<br>Target: 48.00 | 22-Jul-2019<br>Rtg:O<br>Target: 52.00 | 08-Oct-2019<br>Rtg:O<br>Target: 50.00 | 29-Oct-2019<br>Rtg:O<br>Target: 48.00 | 20-Dec-2019<br>Rtg:O<br>Target: 49.00 | 16-Mar-2020<br>Rtg:O<br>Target: 33.00 | 14-Jul-2020<br>Rtg:O<br>Target: 39.00 | 09-Sep-2020<br>Rtg:O<br>Target: 44.00 | 05-Nov-2020<br>Rtg:O<br>Target: 49.00 | 07-Jan-2021<br>Rtg:O<br>Target: 52.00 |

| 10-Feb-2021<br>Rtg:O<br>Target: 67.00 | 05-May-2021<br>Rtg:O<br>Target: 72.00 | 13-Jul-2021<br>Rtg:O<br>Target: 77.00 | 04-Aug-2021<br>Rtg:O<br>Target: 75.00 | 27-Sep-2021<br>Rtg:O<br>Target: 74.00 |

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage;
NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.



**General Motors Company**

**Valuation**

Our $74 price target is supported by our SOTP analysis, which values "Legacy" GM (automotive and GMF) and GM's "Auto-tech Ventures" separately and also considers cash, pension, GM Corporate, and a 15% conglomerate discount. The blended multiple comes to ~4.3x on our 2022 Auto EBITDAP estimate of ~$16.8bn or 10.0x our 2022 EPS estimate. We believe these multiples, which are supported by our sum of the parts analysis, are warranted given the value that we believe GM has in some of its businesses, and they compare to current NTM multiples of 2.9x EV/EBITDAP and 9.5x P/E. Our price target and implied return support our Outperform rating.

**Risks to rating and price target**

**Potential risks:** 1) Potential slowdown in auto sales in GM's end markets; 2) consumer demand remains soft following COVID-19 pandemic; 2) and "GM Tech" profitability is very far out and has a wide range of potential outcomes.

- The auto industry is highly cyclical with sales volumes influenced by employment levels, interest rates, and consumer confidence, among other things. A weaker-than-expected macro environment could result in increased pricing pressure/more incentives and lower-than-expected financial results.
- There is low visibility of pace of declines/recoveries of auto demand amid COVID-19 induced downturn and can differ from our expectations.
- There is a secular shift toward smaller, more fuel-efficient vehicles, which could be a negative for GM, which historically has been more successful with higher-margin trucks.
- A good portion of our GM investment thesis depends on the company's leading position in BRIC/developing markets, where political risks are not insignificant.
- In a rising commodity price environment, GM may not be able to pass along higher input costs.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.



For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com/.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**

**Joseph Spak, CFA** (212) 428-2364; joseph.spak@rbccm.com     17



**General Motors Company**

This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® **Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2021 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2021**
**Copyright © Royal Bank of Canada 2021**
**All rights reserved**